UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRETT DURANT, On Behalf of Himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign automobile insurance company,<br><br>Defendant. | Case No.: 2-15-CV-01710-RAJ<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS DEFINITION** |

### **STIPULATION**

Plaintiff Brett Durant ("Plaintiff") and Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through counsel undersigned, hereby submit this *Stipulation and [Proposed] Order Regarding Class Definition* with respect to the following facts:

WHEREAS, on March 9, 2017, the Court issued its Order granting Plaintiff's Motion for Class Certification based on the class definition contained in Plaintiff's Complaint filed in this action;

WHEREAS, on July 10, 2017, the Court issued its Order denying State Farm's Motion for Reconsideration of the Court's Order granting class certification;

WHEREAS, in its July 10 Order, the Court instructed the parties to file a stipulation containing any "agreed upon narrower language for the class definition" within 45 days of the date of the July 10 Order; and

WHEREAS, the parties have met and conferred in response to the Court's instruction;

The parties agree that the class definition should be narrowed to include only the following members:

> "State Farm insureds in the state of Washington who, from April 19, 2008 to the present, had a Personal Injury Protection (PIP) claim for medical or hospital benefits denied, terminated or limited by State Farm Mutual Automobile Insurance Company (State Farm) on the grounds that they had reached Maximum Medical Improvement, using an Explanation of Review form referencing Reason Codes SF546 or SF537;" and

The parties further agree that State Farm does not waive, and expressly reserves, its rights to contest and appeal any orders relating to class certification in this action.

IT IS SO STIPULATED.

**ORDER**

Based on the Stipulation set forth above, and good cause appearing therefore,

IT IS HEREBY ORDERED that the class definition set forth in the Complaint is amended as follows:

> State Farm insureds in the state of Washington who, from April 19, 2008 to the present, had a Personal Injury Protection (PIP) claim for

medical or hospital benefits denied, terminated or limited by State Farm Mutual Automobile Insurance Company (State Farm) on the grounds that they had reached Maximum Medical Improvement, using an Explanation of Review form referencing Reason Codes SF546 or SF537.

DATED this the 30th day of August, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge