HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRETT DURANT, On Behalf of Himself and all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. C15-1710-RAJ<br><br>ORDER |

**THIS MATTER** came before the Court on Plaintiff's Unopposed Motion to File an Overlength Brief. Dkt. # 103. Being fully advised in the premises, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. Dkt. # 103. Plaintiff is granted an additional 14 pages of briefing for his Motion for Preliminary Approval for a total page limit of 26 pages**.**

　　　　DATED this 12th day of October, 2018

　　　　　　　　　　　　　　　　　　　　*Richard A. Jones*
　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER – 1