UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRETT DURANT, On Behalf of Himself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2-15-CV-01710-RAJ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF** |

This matter comes before the Court on Plaintiff's Unopposed Motion to Allow Plaintiff to file an Overlength Brief re: Plaintiff's Motion for Fee and Cost Approval ("Motion"). Dkt. # 111. Plaintiff's Motion is **GRANTED**. Plaintiff is hereby granted an additional 4 pages of briefing for his Motion for Approval of Attorney Fees and Costs for a total page limit of 16 pages.

Dated this 4th day of April, 2019.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge