HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRETT DURANT, On Behalf of Himself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign automobile insurance company,<br><br>Defendant. | CASE NO. 2-15-CV-01710-RAJ<br><br>~~PROPOSED~~ **ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF** |

THIS MATTER came before the Court on Plaintiff's Motion to Allow Plaintiff to file an Overlength Brief re: Plaintiff's Motion for Final Approval of Class Action Settlement. Dkt. # 119. Being fully advised in the premises, and finding good cause, the Court **GRANTS** Plaintiff's Motion. Dkt. # 119. Plaintiff is hereby granting an additional four (4) pages of briefing for his Motion for Final Approval, for a total page limit of sixteen (16) pages.

DATED this 23rd day of May, 2019

_____
The Honorable Richard A. Jones
United States District Judge

**ORDER**
CASE NO. 2:15-CV-01710-RAJ
Page - 1